[No. 29419-2-II.   Division Two.   June 2, 2004.]

JAMES KITCHEN, *Individually and as Personal Representative*, ET AL., *Appellants*, v. JOON D. NO, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-13681-7, Vicki L. Hogan, J., entered October 9, 2002. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 29694-2-II.   Division Two.   June 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER PAUL TISHCHENKO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-00760-1, Robert L. Harris, J., entered November 27, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 30318-3-II.   Division Two.   June 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DEWEY K. FAIFAI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-02153-1, Edwin L. Poyfair and Roger A. Bennett, JJ., entered April 25, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Houghton, JJ.

[No. 30702-2-II.   Division Two.   June 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN JAMES WARITH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-8-00351-0, Diane M. Woolard, J., entered July 30, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Ellington and Armstrong, JJ.